UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| TAMI LONG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>COVENANT TRANSPORT, INC.,<br><br>                    Defendant. | Case No. 1:15-cv-00278-TRM-SKL<br><br>Class Action<br><br>Hon. Travis R. McDonough |

## JOINT MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR TELEPHONICALLY

Come the parties jointly, by counsel and pursuant to Rule 7.2 and this Court's express preferences, and hereby seek permission from the Court to participate in the December 13, 2016 settlement hearing in the following manner. All claims in this lawsuit have been resolved, subject to this Court's approval. In the December 13, 2016 hearing, the parties will discuss their previously-filed Joint Motion for Preliminary Approval of Class Action Settlement, approval of Notice to Class Members and Related Materials, Approval of Settlement Administrator, and the Setting of a Final Approval Hearing. Local counsel for Plaintiff, Donna Mikel, will appear in person and will be fully prepared to address all aspects of the joint motion. Likewise, local counsel for Defendant, from Littler Mendelson's Nashville, Tennessee office will attend in person and will be fully prepared to address all aspects of the joint motion. As such and due to the fact that the parties have moved jointly for the relief sought, the parties hereby request that the remaining attorneys on this case be permitted to appear at the hearing telephonically.

1

Respectfully Submitted,

ACKERMANN & TILAJEF, P.C.

  s/ *Craig J. Ackermann*
Craig J. Ackermann, CA Bar No. 229832
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile:  (310) 277-0635
Email: cja@ackermanntilajef.com

MELMED LAW GROUP P.C.

  s/ *Jonathan Melmed*
Jonathan Melmed, CA Bar No. 290218
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone:  (310) 824-3828
Facsimile: (310) 862-6851
Email: jm@melmedlaw.com

BURNETTE, DOBSON & PINCHAK

  s/ *Donna J. Mikel*
Donna J. Mikel, TN Bar No. 020777
711 Cherry Street
Chattanooga, TN 37402
Telephone: (423) 266-2121
Facsimile: (423) 266-3324
Email: dmikel@bdplawfirm.com

*Attorneys for Plaintiff Tami Long*

2

LITTLER MENDELSON, P.C.

s/ *Kai-Ching Cha*
Kai-Ching Cha, CA Bar No. 218738
Richard H. Rahm, CA Bar No. 130728
Perry Kim Miska, Jr., CA Bar No. 299129
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: kcha@littler.com
Email: rrahm@littler.com
Email: pmiska@littler.com

*Attorneys for Defendant Covenant Transport, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: s/ *Donna J. Mikel*